**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHARLES D. NYBERG, et al.,

     Plaintiffs,

v.                                                                      Case No: 8:11-cv-399-T-30AEP

CRYO-CELL INTERNATIONAL, INC.,

     Defendant.

_____

<u>ORDER</u>

     The Court has been advised via Plaintiffs' Notice of Settlement (Dkt. #54) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

     **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

     **DONE** and **ORDERED** in Tampa, Florida, this 20th day of November, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record